| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Kathleen E. Bailey (State Bar No. 163574)<br>kbailey@clausen.com<br>Scott P. Ward (State Bar No. 181182)<br>sward@clausen.com<br>CLAUSEN MILLER P.C.<br>17901 Von Karman Avenue, Suite 650, Irvine, CA 92614<br>Telephone: (949) 260-3100 / Facsimile: (949) 260-3190 |
| 6<br>7 | Attorneys for Plaintiff and Counter-Defendant<br>FIRST MERCURY INSURANCE COMPANY |

8    UNITED STATES DISTRICT COURT

9    EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24 | FIRST MERCURY INSURANCE COMPANY, a Delaware Corporation,<br><br>          Plaintiff,<br><br>   vs.<br><br>THE WORLD GRILL LLC DBA OVATION ULTRA LOUNGE, a California Limited Liability Company; CALI NIGHT LIFE LLC DBA SOVEREIGN ULTRA LOUNGE, a California Limited Liability Company; PETER RAMIREZ, an individual; SELINA RAMIREZ, an individual; KENNETH WILSON, an individual; EBONIELOVE WILLIAMS, an individual; DALON LISBY; an individual; PAOLA LISBY, an individual; and DOES 1-100,<br><br>          Defendants. | CASE NO. 2:19-cv-00930-KJM-AC<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES**<br><br>**[F.R.C.P. 26(a)(1)]**<br><br>Status Conf.: September 26, 2019<br>Time: 2:30 PM<br>Courtroom: 3<br>Trial Date: None set | |
| 25<br>26 | AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | |

-1-

**COMES NOW THE PARTIES TO THIS ACTION,** by and through their counsel of record, who respectfully submit this Stipulation seeking an order to continue for 60 days the Scheduling Conference in this action and the related deadlines to file a Joint Status Report and to hold the Early Meeting of Counsel. The parties represent and agree that good cause exists for such an order, based on the following factors:

1. First Mercury Insurance Company ("First Mercury") filed this action seeking declaratory relief and interpleader principally to determine the amount of insurance coverage available under a general liability policy with respect to competing claims presented against its insureds in two pending personal injury lawsuits: <u>Dalon Lisby and Paola Lisby v. Cali Night Life, LLC dba Sovereign Ultra Lounge, et al.</u>, Solano County Superior Court Case No. FCS 049415, consolidated with <u>Dalon Lisby and Paola Lisby v. Peter Ramirez and Selina Ramirez</u>, Solano County Superior Court Case No. FCS 052043, and <u>Ebonielove Williams v. Ovation Ultra Lounge, Kenneth Wilson, et al.</u>, Alameda County Superior Court Case No. RG17858851 ("Underlying Lawsuits").

2. At present, the eight parties to this action include First Mercury, its insureds, and the personal injury claimants in the Underlying Lawsuits.

3. First Mercury promptly served process on all defendants within the 90-day period prescribed by the Court's Status Conference Order.

4. This action is not yet at-issue. On August 9, 2019, First Mercury's insureds filed a Counterclaim and Cross-claim which added new claims and three new parties to this action. The new parties are insurance brokers. None of the new parties are scheduled to appear in this action prior to the present deadline to conduct the early meeting of counsel, and, thus, are unlikely to meaningfully participate in preparing the Joint Status Report.

5. Further, the pleadings are not yet final and the scope of the issues to be adjudicated in this action are unsettled. The insureds anticipate filing a First Amended Counterclaim and Cross-claim within the next seven days to add additional claims for relief. Counsel for First Mercury and the insureds have also been engaged in a meet and confer

process in an effort to alleviate the need for law and motion directed to the insureds' current pleading. Additionally, the insureds' counsel has asked First Mercury's counsel to consider whether a stay of the present action is appropriate in light of the pendency and status of the Underlying Lawsuits.

6. Lead trial counsel for five of the Defendants in this action is scheduled to be out-of-town on pre-paid travel from August 29, 2019 to September 23, 2019.

7. Because the Underlying Lawsuits are scheduled for jury trials later this year, the parties to this action have scheduled a global mediation for October 21, 2019. Potentially, this mediation could resolve fully the present action as well as the Underlying Lawsuits. Alternatively, various parties and claims for relief may be eliminated by settlement at the mediation.

8. The parties stipulate and agree that the 60-day continuance has been requested to serve the interests of judicial economy and to curtail potentially unnecessary expenditures of the parties' and this Court's time and resources. Should the parties be unable to reach a meaningful early resolution, the additional time requested will allow an opportunity to resolve the scope of the issues presented, and the parties involved, in this action, thereby facilitating a more productive Early Meeting of Counsel and more precise Joint Status Report in advance of the Scheduling Conference.

9. No previous requests have been made to continue the Scheduling Conference or related deadlines in this action.

DATED: August 29, 2019      CLAUSEN MILLER, P.C.


BY _/s/ Scott P. Ward_
    Kathleen E. Bailey
    Scott P. Ward

Attorneys for Plaintiff and Counter-Defendant FIRST MERCURY INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | DATED: August 29, 2019 | WEINSTEIN & NUMBERS, LLP |
| 2 | | |
| 3 | | BY */s/ Barron L. Weinstein* |
| 4 | |     Barron L. Weinstein<br>    (as authorized on 8/26/19) |
| 5 | | |
| 6 | | Attorneys for Defendant and Counter-Claimant EBONIELOVE WILLIAMS |
| 7 | | |
| 8 | DATED: August 29, 2019 | LAW OFFICE OF GREGORY BYBERG |
| 9 | | |
| 10 | | |
| 11 | | BY */s/ Gregory Byberg*<br>    Gregory Byberg |
| 12 | |     (as authorized on 8/26/19) |
| 13 | | Attorneys for Defendants |
| 14 | | DALON LISBY and PAOLA LISBY |
| 15 | | |
| 16 | DATED: August 29, 2019 | MANNION LOWE & OKSENENDLER |
| 17 | | |
| 18 | | BY */s/ Demián I. Oksenendler* |
| 19 | |     Demián I. Oksenendler<br>    (as authorized on 8/26/19) |
| 20 | | |
| 21 | | Attorneys for Defendants, Counter-Claimants and Cross-Claimants |
| 22 | | THE WORLD GRILL LLC dba OVATION ULTRA LOUNGE, CALI NIGHT LIFE |
| 23 | | LLC dba SOVEREIGN ULTRA LOUNGE, |
| 24 | | PETER RAMIREZ, SELINA RAMIREZ, and KENNETH WILSON |
| 25 | | |
| 26 | 6220099.3 | |

-4-

STIPULATION AND ORDER TO CONTINUE
SCHEDULING CONFERENCE AND RELATED DEADLINES
2:19-CV-00930-KJM-AC

# **ORDER**

For good cause shown, the above Stipulation is adopted as follows:

The Scheduling Conference presently scheduled for September 26, 2019 shall be continued to December 12, 2019. Further, the Joint Status Report described in the Status Conference Order shall be filed within seven days of the Scheduling Conference and the Early Meeting of Counsel contemplated by Federal Rule of Civil Procedure 26 and Local Rule 240(b) shall be conducted at least twenty-one calendar days before the Scheduling Conference.

**IT IS SO ORDERED:**

DATED: August 29, 2019.

_____
UNITED STATES DISTRICT JUDGE

-5-
STIPULATION AND ORDER TO CONTINUE
SCHEDULING CONFERENCE AND RELATED DEADLINES
2:19-CV-00930-KJM-AC