Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
Scott P. Ward (State Bar No. 181182)
sward@clausen.com
CLAUSEN MILLER P.C.
17901 Von Karman Avenue, Suite 650
Irvine, CA 92614
Telephone: (949) 260-3100
Facsimile: (949) 260-3190

Attorneys for Plaintiff and Counter-defendant
FIRST MERCURY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE WORLD GRILL LLC DBA OVATION ULTRA LOUNGE, a California Limited Liability Company; CALI NIGHT LIFE LLC DBA SOVEREIGN ULTRA LOUNGE, a California Limited Liability Company; PETER RAMIREZ, an individual; SELINA RAMIREZ, an individual; KENNETH WILSON, an individual; EBONIELOVE WILLIAMS, an individual; DALON LISBY; an individual; PAOLA LISBY, an individual; and DOES 1-100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | CASE NO. 2:19-cv-00930-KJM-AC<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**STIPULATION AND APPLICATION FOR ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER**<br><br>Action Filed: May 22, 2019<br>Trial Date: None |

Pursuant to Eastern District Local Rules 144(a) and 160(b), Plaintiff and Counter-defendant FIRST MERCURY INSURANCE COMPANY ("Plaintiff"), and Defendants, Counterclaimants, and Cross-claimants The World Grill LLC dba Ovation Ultra Lounge;

-1-

Cali Night Life LLC dba Sovereign Ultra Lounge; Peter Ramirez; Selina Ramirez; Kenneth Wilson; Ebonielove Williams; Dalon Lisby; and Paola Lisby (collectively the "Parties"), by and through their respective counsel of record, hereby submit the following stipulation and [proposed] order extending time for the Parties to file dispositional documents in this case.

The Parties stipulate that good cause exists to extend the deadline for the Parties to file dispositional documents for sixty (60) days because the Parties need this additional time to complete the settlement agreement in the underlying lawsuit entitled <u>Dalon Dupee Lisby, et al. v. Cali Night Life LLC, et al.</u>, Solano County Superior Court Case No. FCS 049415. The Parties are optimistic that the remaining issues as to the <u>Lisby</u> settlement will be resolved prior to an April 21, 2020 hearing set in the Solano County Superior Court for that case, so that the Parties can finalize the dispositional documents for this coverage action. Accordingly, the Parties stipulate and respectfully request to extend the deadline to file dispositional documents in this case by no later than May 13, 2020.

This is the third extension of time of the deadline for the Parties to file dispositional documents following this Court's Minute Order issued on October 29, 2019.

IT IS SO STIPULATED.

DATED: March 13, 2020  MANNION LOWE & OKSENENDLER

BY  /s/ Demián I. Oksenendler

Demián I. Oksenendler

(as authorized by email on March 12, 2020)

Attorneys for Defendants and Counter-claimants, THE WORLD GRILL LLC dba OVATION ULTRA LOUNGE, CALI NIGHT LIFE LLC dba SOVEREIGN ULTRA LOUNGE, PETER RAMIREZ, SELINA RAMIREZ, and KENNETH WILSON

| | | |
|---|---|---|
| 1 | DATED: March 13, 2020 | CLAUSEN MILLER, P.C. |
| 2 | | |
| 3 | | BY  */s/ Scott P. Ward* |
| 4 | | Scott P. Ward |
| 5 | | Attorneys for Plaintiff and Counter-defendant, FIRST MERCURY INSURANCE COMPANY |
| 6 | | |
| 7 | DATED: March 13, 2020 | WEINSTEIN & NUMBERS, LLP |
| 8 | | |
| 9 | | BY:   /s/ *Alexandria C. Carraher* |
| 10 | | Alexandria C. Carraher (as authorized on March 12, 2020 |
| 11 | | |
| 12 | | Attorneys for Defendant EBONIELOVE WILLIAMS |
| 13 | | |
| 14 | DATED: March 13, 2020 | LAW OFFICE OF GREGORY B. BYBERG |
| 15 | | |
| 16 | | BY:   /s/ *Gregory B. Byberg* Gregory B. Byberg |
| 17 | | (as authorized on March 12, 2020) |
| 18 | | Attorneys for Defendants DALON LISBY and PAOLA LISBY |

**ORDER**

PURSUANT TO STIPULATION and based on the existence of good cause, it is hereby ordered that the Parties' deadline to file dispositional documents is extended to May 13, 2020.

IT IS SO ORDERED.

DATED: March 13, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17901 Von Karman Avenue, Suite 650, Irvine, California 92614.

On March 13, 2020, I caused the following document(s) to be served on the interested parties in this action, as follows:

    **STIPULATION AND APPLICATION FOR ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS; [PROPOSED] ORDER**

**[X] BY ELECTRONIC FILING AND SERVICE**: By electronic filing and service of the foregoing document(s) using the CM/ECF System in accordance with F.R.C.P. 5(b)(2)(E) and Civil Local Rule 5.4, I electronically filed the above-listed documents by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CME/CF system.

**[X] BY FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 13, 2020, at Irvine, California.

                              */s/ Natalie B. Guzman*
                              Natalie B. Guzman

6517359.2