E. Gerard Mannion (State Bar # 77287)
E-Mail: gerry@mannionlowe.com
Wesley M. Lowe (State Bar # 111761)
E-Mail: wes@mannionlowe.com
Demián I. Oksenendler (State Bar # 233416)
E-Mail: demian@mannionlowe.com
MANNION LOWE & OKSENENDLER
655 Montgomery Street, Suite 1900
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

Attorneys for Defendants, Counterclaimants and Cross-Claimants
THE WORLD GRILL LLC DBA OVATION ULTRA LOUNGE,
CALI NIGHT LIFE LLC DBA SOVEREIGN ULTRA LOUNGE,
PETER RAMIREZ, SELINA RAMIREZ, and KENNETH WILSON

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>THE WORLD GRILL LLC DBA OVATION ULTRA LOUNGE, a California entity of unknown form; CALI NIGHT LIFE LLC DBA SOVEREIGN ULTRA LOUNGE, a California limited liability company; PETER RAMIREZ, an individual; SELINA RAMIREZ, an individual; KENNETH WILSON, an individual; EBONIELOVE WILLIAMS, an individual; DALON LISBY; an individual; PAOLA LISBY, an individual; and DOES 1-100, Inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | Case No.  2:19-CV-00930-KJM-AC<br><br>**STIPULATION AND APPLICATION FOR ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

Pursuant to Eastern District Local Rules 144(a) and 160(b), Defendants, Counterclaimants, and Cross-claimants The World Grill LLC dba Ovation Ultra Lounge; Cali Night Life LLC dba Sovereign Ultra Lounge; Peter Ramirez; Selina Ramirez and Kenneth Wilson ("Counterclaimants"), as well as Defendants Ebonielove Williams, Dalon Lisby, and Paola Lisby ("Defendants"), as well as

Plaintiff and Counter-defendant First Mercury Insurance Company ("Plaintiff") (collectively the "Parties"), by and through their respective counsel of record, hereby respectfully submit the following stipulation and [proposed] order:

The Parties stipulate that good cause exists to extend the deadline for the Parties to file dispositional documents for **ninety (90) days.** The Parties need this additional time to complete the settlement agreements in the underlying lawsuit entitled: *Lisby, et al. v. Cali Night Life, LLC, et al.*, Solano County Superior Court Case No. FCS 049415. The other underlying case of *Williams v. Ovation Ultra Lounge, et al.* has been dismissed. The *Lisby* matter still has lien issues that are outstanding. The Parties are hopeful that those issues can be resolved in the near future, and they respectfully request additional time so that this can be accomplished and the Parties can finalize the dispositional documents for this coverage action. Accordingly, the Parties stipulate to extend the deadline to file dispositional documents in this case by no later than **August 13, 2020**.

This is the fourth extension of time of the deadline for the Parties to file dispositional documents following this Court's Minute Order issued on October 29, 2019.

IT IS SO STIPULATED.

Dated:  May 11, 2020	MANNION LOWE & OKSENENDLER
	A Professional Corporation

	By: /s/ Demián I. Oksenendler
	      Demián I. Oksenendler
	      Attorneys for Defendants, Counterclaimants,
	      and Cross-Claimants
	      THE WORLD GRILL LLC DBA OVATION
	      ULTRA LOUNGE, CALI NIGHT LIFE LLC
	      DBA SOVEREIGN ULTRA LOUNGE, PETER
	      RAMIREZ, SELINA RAMIREZ, and
	      KENNETH WILSON

Dated:  May 13, 2020	CLAUSEN MILLER, P.C.

	By: /s/ Scott P. Ward
	      Scott P. Ward
	      Attorneys for Plaintiff and Counter-Defendant
	      FIRST MERCURY INSURANCE COMPANY
	      (As authorized on May 12, 2020)

Dated:   May 13, 2020             LAW OFFICE OF GREGORY P. BYBERG

By: /s/ Gregory P. Byberg
    Gregory P. Byberg
    Attorneys for Defendants
    DALON LISBY and PAOLA LISBY
    (As authorized on May 13, 2020)

Dated:   May 12, 2020             WEINSTEIN & NUMBERS, LLP

By: /s/ Alexandria C. Carraher
    Alexandria C. Carraher
    Attorneys for Defendant and Counterclaimant
    EBONIELOVE WILLIAMS
    (As authorized on May 12, 2020)

## ORDER

Pursuant to Stipulation, and based on the existence of good cause, it is hereby ordered that the Parties' deadline to file dispositional documents is extended to August 13, 2020.

**IT IS SO ORDERED.**

DATED:  June 5, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE