Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
Scott P. Ward (State Bar No. 181182)
sward@clausen.com
CLAUSEN MILLER P.C.
17901 Von Karman Avenue, Suite 650, Irvine, CA 92614
Telephone: (949) 260-3100 | Facsimile: (949) 260-3190

Attorneys for Plaintiff and Counter-defendant
FIRST MERCURY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE WORLD GRILL LLC DBA OVATION ULTRA LOUNGE, a California Limited Liability Company; CALI NIGHT LIFE LLC DBA SOVEREIGN ULTRA LOUNGE, a California Limited Liability Company; PETER RAMIREZ, an individual; SELINA RAMIREZ, an individual; KENNETH WILSON, an individual; EBONIELOVE WILLIAMS, an individual; DALON LISBY; an individual; PAOLA LISBY, an individual; and DOES 1-100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | CASE NO. 2:19-cv-00930-KJM-AC<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**STIPULATION AND APPLICATION FOR ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER**<br><br>Action Filed:   May 22, 2019<br>Trial Date:      None |

Pursuant to Eastern District Local Rules 144(a) and 160(b), Plaintiff and Counter-Defendant FIRST MERCURY INSURANCE COMPANY ("Plaintiff"), and Defendants, Counterclaimants, and Cross-Claimants The World Grill LLC dba Ovation Ultra Lounge; Cali Night Life LLC dba Sovereign Ultra Lounge; Peter Ramirez; Selina Ramirez; Kenneth

Wilson; Ebonielove Williams; Dalon Lisby; and Paola Lisby (collectively the "Parties"), by and through their respective counsel of record, hereby submit the following stipulation and [proposed] order to extend the time once more for the Parties to file dispositional documents in this case.

The Parties stipulate that good cause exists to extend the deadline for the Parties to file dispositional documents for thirty (30) days because the Parties need this additional time to complete the settlement agreement in the underlying lawsuit entitled <u>Dalon Dupee Lisby, et al. v. Cali Night Life, LLC, et al.</u>, Solano County Superior Court Case No. FCS 049415. Directions regarding payee(s) and amounts for the multiple settlement checks required to resolve the <u>Lisby</u> Action have just been provided. The Parties anticipate the checks will be paid prior to the September 1, 2020 hearing date of the Solano County Superior Court case, so that case can be dismissed with prejudice and the Parties can finalize the dispositional documents for this coverage action. Accordingly, the Parties stipulate and respectfully request to extend the deadline to file dispositional documents in this case to September 14, 2020.

This is the fifth extension of time of the deadline for the Parties to file the dispositional documents following this Court's Minute Order issued on October 29, 2019.

IT IS SO STIPULATED.

DATED: August 10, 2020              MANNION LOWE & OKSENENDLER

                                    BY   */s/ Demián I. Oksenendler*
                                    Demián I. Oksenendler
                                    (as authorized by email on August 10, 2020)
                                    Attorneys for Defendants and Counter-claimants, THE WORLD GRILL LLC dba OVATION ULTRA LOUNGE, CALI NIGHT LIFE LLC dba SOVEREIGN ULTRA LOUNGE, PETER RAMIREZ, SELINA RAMIREZ, and KENNETH WILSON

DATED:  August 12, 2020            CLAUSEN MILLER, P.C.


BY  */s/ Scott P. Ward*
    Scott P. Ward

Attorneys for Plaintiff and Counter-defendant,
FIRST MERCURY INSURANCE COMPANY


DATED:  August 12, 2020            WEINSTEIN & NUMBERS, LLP


BY:   */s/ Alexandria C. Carraher*
    Alexandria C. Carraher
    (as authorized on August 11, 2020)

Attorneys for Defendant
EBONIELOVE WILLIAMS


DATED:  August 10, 2020            LAW OFFICE OF GREGORY B. BYBERG


BY:   */s/ Gregory B. Byberg*
    Gregory B. Byberg
    (as authorized on August 10, 2020)

Attorneys for Defendants
DALON LISBY and PAOLA LISBY

**ORDER**

PURSUANT TO STIPULATION and based on the existence of good cause, it is hereby ordered that the Parties' deadline to file dispositional documents in this action is extended to September 14, 2020.

IT IS SO ORDERED.

DATED:  August 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE